■ In the Matter of ANDRE CATES, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [896 NYS2d 276]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered October 2, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Fahey, Carni, Lindley and Sconiers, JJ.